**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6839

JAMES ELLIOTT PRICE,

Petitioner - Appellant,

v.

MICHAEL D. ANDREWS,

Respondent - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:18-cv-00360-CCE-JLW)

Submitted:  November 28, 2018          Decided:  December 3, 2018

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Elliott Price, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Elliott Price, a former North Carolina pretrial detainee, appeals the district court's ordering accepting the magistrate judge's recommendation and dismissing without prejudice Price's 28 U.S.C. § 2241 (2012) petition, in which he challenged his pretrial detention and bond. At the time Price noted his appeal, he was awaiting trial in North Carolina state court. Price was convicted and released from custody during the pendency of this appeal. Because Price is no longer in custody, we dismiss this appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*